AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT |
|---|---|
| DOCKET NO. | DATE FILED | District of Massachusetts<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210    10568 NG |

| PLAINTIFF | DEFENDANT |
|---|---|
| ATLANTIC RECORDING CORP.; UMG RECORDINGS, INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.; ARISTA RECORDS LLC; WARNER BROS. RECORDS INC.; and INTERSCOPE RECORDS | DOES 1 - 3 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# Exhibit A

# Doe #1 (72.19.116.83 2005-02-02 19:24:41 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Scar Tissue | Californication | 174-922 |
| Arista Records LLC | Kenny G | Silver Bells | Miracles | 206-848 |
| Sony BMG Music Entertainment | Mariah Carey | Emotions | Emotions | 134-831 |
| Virgin Records America, Inc. | Spice Girls | Spice Up Your Life | Spiceworld | 261-523 |
| Virgin Records America, Inc. | Spice Girls | Stop | Spiceworld | 261-523 |
| Arista Records LLC | Whitney Houston | One Moment In Time | Whitney The Greatest Hits | 284-891 |
| Warner Bros. Records Inc. | Van Halen | Jamie's Cryin' | Van Halen | 239 |
| Sony BMG Music Entertainment | Journey | Don't Stop Believin' | Escape | 30-088 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |



05-10560 NG

# Exhibit A

## Doe #2 (72.19.88.207 2005-02-14 12:21:57 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | The Clash | Should I Stay Or Should I Go | Combat Rock | 34-959 |
| Warner Bros. Records Inc. | Barenaked Ladies | Pinch Me | Maroon | 288-335 |
| UMG Recordings, Inc. | Bloodhound Gang | The Bad Touch | Hooray For Boobies | 278-185 |
| UMG Recordings, Inc. | Soft Cell | Tainted Love | Non-Stop Erotic Cabaret | 32-408 |
| UMG Recordings, Inc. | Sublime | Wrong Way | Sublime | 224-105 |
| Atlantic Recording Corporation | OPM | Heaven Is A Halfpipe | Menace To Sobriety | 303-751 |

05 10568 NG

**Exhibit A**

# Doe #3 (128.119.141.140 2005-01-27 19:28:49 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Outkast | Rosa Parks | Aquemini | 264-092 |
| BMG Music | Martina McBride | Silent Night | White Christmas | 251-201 |
| BMG Music | Dave Matthews Band | The Space Between | Everyday | 300-313 |
| Arista Records LLC | Avril Lavigne | I'm With You | Let Go | 312-786 |
| Sony BMG Music Entertainment | Destiny's Child | Emotion | Survivor | 289-199 |
| Warner Bros. Records Inc. | Jaheim | Could It Be | Ghetto Love | 295-088 |

